IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TREY ALAN MAJORS,  )
                   )
       Plaintiff,  )
                   )
vs.                )   No. 04-2711-MlV
                   )
KENNETH BOYD, et al., )
                   )
       Defendants. )

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court is defendant Kenneth Boyd's July 22, 2005 pro se Motion for Enlargement of Time for Defendant Kenneth Boyd to respond to the complaint up to and including August 18, 2005.

The court finds the motion should be granted, and the time for filing a response is extended to August 18, 2005.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: July 25, 2005

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02711 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Trey Alan Majors
Southeastern TN State Regional Correction Facility
247162
Rt 4 Box 600
Pikeville, TN 37367

Kenneth Boyd
WTSP
Site # 2
P.O. Box 1150
Henning, TN 38041

Honorable Jon McCalla
US DISTRICT COURT