FILED BY_____D.C.

05 JUL 27 AM 9: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY_____D.C.

05 JUL 22 PM 2: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Trey Alan Majors ) | |
| ) | Case No. 04-2711-M1-V |
| Plaintiff, ) | |
| ) | MOTION GRANTED |
| ) | *Jon McCalla* |
| v. ) | JON PHIPPS McCALLA |
| ) | U.S. DISTRICT JUDGE |
| ) | July 26, 2005 |
| Kenneth Boyd, et al., ) | DATE |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME FOR
## DEFENDANT KENNETH BOYD

Defendant Kenneth Boyd, by and through himself, and pursuant to Fed. R. Civ. P. 6(b), hereby moves for an extension of time, up to and including August 18, 2005, in which to file a response to the Complaint. The enlargement of time is necessary to review the Complaint, investigate the numerous allegations of the Complaint, obtain information from the appropriate individuals and prepare a responsive pleading. This request is not made in an attempt to prolong justice or impede the swift resolution of this matter.

For the reasons stated herein, pro se defendant Kenneth Boyd respectfully requests that this Honorable Court allow him up to and including

1

August 18, 2005, in which to file a response to the instant Complaint.

Respectfully submitted,

Kenneth Boyd

*[signature: Kenneth Boyd]*

Pro se Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been forwarded by first-class mail, postage prepaid, on the ___20th___ day of ___July___, 2005, to:

Trey A. Majors
TDOC # 247162
WTSP, Site 2
P.O. Box 1150
Henning, TN 38041

*[signature: Kenneth Boyd]*

Kenneth Boyd

Pro se Defendant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02711 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Trey Alan Majors
Southeastern TN State Regional Correction Facility
247162
Rt 4 Box 600
Pikeville, TN 37367

Kenneth Boyd
WTSP
Site # 2
P.O. Box 1150
Henning, TN 38041

Honorable Jon McCalla
US DISTRICT COURT