UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 AUG 19 PM 3: 43
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| Trey Alan Majors | ) | |
| | ) | Case No. 04-2711-M1-V |
| Plaintiff, | ) | Magistrate Judge Diane K. Vescovo |
| | ) | |
| v. | ) | |
| | ) | |
| Kenneth Boyd & James Clark, | ) | |
| | ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

This matter having come before this Honorable Court, upon the motion of defendants, Kenneth Boyd and James Clark, for an extension of time to file a response to the complaint, the Court having reviewed the motion and being otherwise fully advised in the premises **FINDS** that the motion is well taken;

It is therefore **ORDERED** that the defendants' Motion for Extension of Time is granted and that the time for defendant to respond to the complaint be and hereby is extended for a period of twenty (20) days, up until and including September 7, 2005.

ENTERED this 19th day of August, 2005.

Page 1 of 4

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-22-05



_____
Diane K. Vescovo
Magistrate Judge

Approved for Entry:

*(Electronic signature affixed by the undersigned)*

_____
Jennifer L. Brenner, BPR # 022692
Assistant Attorney General
Civil Rights and Claims Division
P. O. Box 20207
Nashville, TN 37202-0207
(615) 532-2500

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02711 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Trey Alan Majors
Southeastern TN State Regional Correction Facility
247162
Rt 4 Box 600
Pikeville, TN 37367

James Clark
WTST
Site # 2
P.O. Box 1150
Henning, TN 38041

Kenneth Boyd
WTSP
Site # 2
P.O. Box 1150
Henning, TN 38041

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable Jon McCalla
US DISTRICT COURT