UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 14 PM 4: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

TREY ALAN MAJORS,

      Plaintiff,

v.                                                No. 04-2711-Mlv

KENNETH BOYD and JAMES CLARK,

      Defendants.

## SCHEDULING ORDER

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

FILING MOTIONS TO JOIN PARTIES:  Friday, February 17, 2006

FILING MOTIONS TO AMEND PLEADINGS:  Friday, February 17, 2006

FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND:  Friday, May 19, 2006

COMPLETING ALL DISCOVERY pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37:  Friday, March 17, 2006

This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This order will not be modified except upon showing of good cause.

It is SO ORDERED this 14th day of November, 2005.

                            /s/ Diane K. Vescovo
                            DIANE K. VESCOVO
                            UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  1-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02711 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Trey Alan Majors
Southeastern TN State Regional Correction Facility
247162
Rt 4 Box 600
Pikeville, TN 37367

James Clark
WTST
Site # 2
P.O. Box 1150
Henning, TN 38041

Kenneth Boyd
WTSP
Site # 2
P.O. Box 1150
Henning, TN 38041

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable Jon McCalla
US DISTRICT COURT