IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 29 PM 2:42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| TREY ALAN MAJORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-2711 Ml/P |
| KENNETH BOYD and JAMES CLARK, | ) | |
| Defendants. | ) | |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on November 15, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, July 24, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Friday, July 14, 2006 at 8:45 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>July 7, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-30-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this **29** day of November, 2005.

*[signature]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02711 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Trey Alan Majors
Southeastern TN State Regional Correction Facility
247162
Rt 4 Box 600
Pikeville, TN 37367

James Clark
WTST
Site # 2
P.O. Box 1150
Henning, TN 38041

Kenneth Boyd
WTSP
Site # 2
P.O. Box 1150
Henning, TN 38041

Jennifer L. Brenner
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Honorable Jon McCalla
US DISTRICT COURT